

WILLIAM BLUMENTHAL
General Counsel

MICHAEL J. BLOOM
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone (202) 326-2475/Fax (202) 326-2884
E-mail: **mjbloom@ftc.gov**

JANICE L. CHARTER
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone (415) 848-5115/Fax (415) 848-5184
E-mail: **jcharter@ftc.gov**

RODNEY I. KIMURA
Special Deputy to the Federal Trade Commission
Hawaii Bar Number 2734
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone (808) 586-1180/Fax (808) 586-1205
E-mail: **Rodney.I.Kimura@Hawaii.gov**

Attorneys for Plaintiff
Federal Trade Commission

LODGED SEP 02 2005 CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII SEP 0 6 2005 at 9 o'clock and 15 min. A M SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALOHA PETROLEUM, LTD.<br><br>and<br><br>TRUSTREET PROPERTIES, INC.,<br><br>　　　　Defendants. | CIVIL NO. 05-00471 HG-KSC<br><br>STIPULATED ORDER TO DISMISS ACTION WITHOUT PREJUDICE |

## STIPULATED ORDER TO DISMISS
## ACTION WITHOUT PREJUDICE

The parties by their undersigned counsel having stipulated to the dismissal of this action without prejudice and without costs to any party,

**IT IS HEREBY ORDERED** that this action, Federal Trade Commission v. Aloha Petroleum, Ltd. and Trustreet Properties, Inc., CV 05-00471 HG KSC, be and hereby is dismissed without prejudice and without costs to any party.

_____   DATED: September 2, 2005
MICHAEL J. BLOOM
JANICE L. CHARTER
RODNEY I. KIMURA
Counsel for Plaintiff
Federal Trade Commission

_____   DATED: September 2, 2005
E. GUNNER SCHULL
MILTON M. YASUNAGA
NEILL T. TSENG
Counsel for Defendant
Aloha Petroleum, Ltd.

FEDERAL TRADE COMMISSION vs. ALOHA PETROLEUM, LTD. and TRUSTREET PROPERTIES, INC.; CIVIL NO. 05-00471 HG-KSC; STIPULATED ORDER TO DISMISS ACTION WITHOUT PREJUDICE

_/s/ Lea Hong_
PAUL ALSTON
~~for~~ LEA~~H~~ OK SO~~O~~N HONG
Counsel for Defendant
Trustreet Properties, Inc.

DATED: September 2, 2005

APPROVED AND SO ORDERED:

HELEN GILLMOR
_____
UNITED STATES DISTRICT JUDGE

DATED: SEP 0 4 2005

_usrpstip.fin_

FEDERAL TRADE COMMISSION vs. ALOHA PETROLEUM, LTD. and TRUSTREET PROPERTIES, INC.; CIVIL NO. 05-00471 HG-KSC; STIPULATED ORDER TO DISMISS ACTION WITHOUT PREJUDICE

3